AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DiClerico, Joseph A. | 2. Court or Organization<br><br>United States District Court District of New Hampshire | 3. Date of Report<br><br>04/08/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address<br><br>55 Pleasant Street, Room 400<br>Concord, NH 03301 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust I and Trust IV |
| 2. Trustee | Mayhew Program |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Dodds Family | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 3. -Commonwealth Fin. Network-Bank Dep. Sweep Program | A | Interest | J | T | | | | | |
| 4. Wabtec Corp. | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. IRA Brokerage Acct #2 (H) | | | | | | | | | |
| 7. -Commonwealth Fin. Network-Advisory Retirement SweepPrgm | A | Interest | K | T | | | | | |
| 8. -Fidelity Money Market Premium Cl. | A | Dividend | | | Closed | 08/03/20 | K | | |
| 9. -FPA New Income (FPNIX) | A | Dividend | J | T | | | | | |
| 10. -IVA Worldwid Fnd Cl 1 (IWWIX) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 11. -PIMCO Inc. Fnd. Inst. Fnd (PIMIX) | A | Dividend | J | T | | | | | |
| 12. -Primecap Odyssey Growth Fnd (POGRX) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 13. -American Europacific Growth Fnd CL F2 (AEPFX) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 14. -Ishares Core S&P Small Cap ETF (IJR) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 15. American New Perspective CLF 2 (ANWFX) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 16. - Invesco Oppenheimer Dev. Mkts CL Y (ODVYX) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 17. -Vanguard BD Index FD Inc Total Bd Mkt ETF (BND) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Vanguard Index S&P 500 ETF (VOO) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 19. -Vanguage Group Div App ETF (VIG) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 20. | | | | | | | | | |
| 21. IRA Brokerage Acct. #3 (H) | | | | | | | | | |
| 22. -Fidelity Money Market Prem. CL | A | Dividend | | | Sold | 08/03/20 | L | | |
| 23. -Commonwealth Fin. Network-Advisory Retirement SweepPrgm | A | Dividend | L | T | | | | | |
| 24. -PIMCO Income Fnd Instit Fd (PIMIX) | A | Dividend | J | T | | | | | |
| 25. -IVA Worldwide Fnd CL1 (IVWIX) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 26. -Primecap Odyssey Growth Fd (POGRX) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 27. -American Europacific Growth Fnd CL F2 (AEPFX) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 28. -Ishares Core S&P Small Cap ETF (IJR) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 29. -American New Perspective CL F2 (ANWFX) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 30. -Invesco Oppenheimer Dev. Mkts CL Y (ODVYX) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 31. -Vanguard Bd. Index Fd Total Bd Market ETF (BND) | A | Dividend | J | T | | | | | |
| 32. -Vanguard Index S&P 500 ETF (VOO) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 33. -PIMCO All Asset FND (PAAIX) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 34. -Vanguard Fixed Inc. Secs Fd Inter-Term Invt. Grade Fd-Admiral (VFDIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Vanguard Group Div App ETF (VIG) | A | Dividend | | | Sold | 03/18/20 | J | | |
| 36. | | | | | | | | | |
| 37.   Trust I (H) | | | | | | | | | |
| 38.   -Fidelity Money Market Prem. CL | A | Dividend | | | Sold | 08/03/20 | N | | |
| 39.   -Commonwealth Fin. Network-Bank Deposit Sweep Program | A | Interest | N | T | | | | | |
| 40.   -Manchester NH Redev. Auth - Zero Cop. Bnd 1/1/20 | | None | | | Redeemed | 01/02/20 | K | B | |
| 41.   -Vanguard Index FDS Vanguard Total Stk Mkt ETF (VTI) | | None | | | Sold | 03/18/20 | M | | |
| 42.   -Vanguard Limited Term Tax Exempt Admiral Shs (VMLUX) | B | Dividend | M | T | Buy (add'l) | 01/10/20 | K | | |
| 43.   -Vanguard Group Div App ETF (VIG) | | None | | | Sold | 03/18/20 | K | | |
| 44.   -FPA New Income Inc. (FPNIX) | B | Dividend | L | T | | | | | |
| 45.   -IVA Worldwide Fund CL I (IVWIX) | | None | | | Sold | 03/17/20 | L | | |
| 46.   -Invesco Oppenheimer Dev. Mkts. CL Y (ODVYX) | | None | | | Sold | 03/18/20 | K | B | |
| 47.   -FPA FDSTR Crescent Portfolio (FPACX) | | None | | | Sold | 03/17/20 | M | | |
| 48.   -Vanguard Mun BD FD Inter Term Tax Exempt FDA Admiral Shs. (VWIUX) | C | Dividend | M | T | Buy (add'l) | 01/10/20 | K | | |
| 49. | | | | | | | | | |
| 50.   Trust III (H) | | | | | | | | | |
| 51.   -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | O | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Fidelity Money Market Premium CL | A | Dividend | | | Closed | 08/03/20 | O | | |
| 53.   -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 54.   -Sh. Com. Bar Harbor Bankshares | A | Dividend | K | T | | | | | |
| 55.   -American Funds Capital World Growth & Inc. Fnd (WGIFX) | A | Dividend | | | Sold | 03/18/20 | K | B | |
| 56.   -American Funds Int'l Growth & Income FD (IGFFX) | | None | | | Sold | 03/18/20 | M | | |
| 57.   -American Funds Fundamental Invs. Inc. Class F-2 (FINFX) | | None | | | Sold | 03/18/20 | L | D | |
| 58.   -IVA Worldwide Fund (IVWIX) | | None | | | Sold | 03/17/20 | M | | |
| 59.   -American Funds Inc. New World (NFFX) | | None | | | Sold | 03/18/20 | L | A | |
| 60.   -Pimco All Asset Inst. CL (PAAIX) | A | Dividend | | | Sold | 03/17/20 | M | | |
| 61.   -American Lmt Term Tax Exempt Bond F2 (LTEFX) | A | Dividend | L | T | | | | | |
| 62.   -FPA FDS TR FPA Crescent Portfolio Instl. (FRACX) | | None | | | Sold | 03/17/20 | M | | |
| 63.   -Vanguard Specialized Portfolios Dividend Growth FD (VDIGX) | D | Dividend | M | T | | | | | |
| 64.   -American Tax Exempt Bnd. of Am. F2 (TEAFX) | A | Dividend | K | T | | | | | |
| 65.   -Vanguard Mun. Bd Fd Inc Tax Exempt Bd (VTEB) | C | Dividend | M | T | | | | | |
| 66.   -Vanguard Index S&P 500 ETF (VOO) | A | Dividend | | | Sold | 03/18/20 | L | | |
| 67.   | | | | | | | | | |
| 68.   TRUST IV (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Fidelity Money Market Premium CL | A | Dividend | | | Closed | 08/03/20 | O | | |
| 70. -Commonwealth Fin. Network-Bank Deposit Sweep Program | A | Interest | O | T | | | | | |
| 71. -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 72. -Bar Harbor Bankshares | B | Dividend | K | T | | | | | |
| 73. -American Mutual FD Inc. CL A (AMRMX) | B | Dividend | M | T | | | | | |
| 74. -American Funds International Growth and Income F2 (IGFFX) | | | | | Sold | 03/18/20 | M | | |
| 75. -American Fund Fundamental Investors Inc. CL A (ANCFX) | C | Dividend | M | T | | | | | |
| 76. -American Fund New World Fund CL A (NEWFX) | | | | | Sold | 06/22/20 | M | E | |
| 77. -Dodge and Cox FDS Int'l Stk FD (DODFX) | | | | | Sold | 03/17/20 | M | | |
| 78. -IVA Worldwide Fund (IVWIX) | | | | | Sold | 03/17/20 | M | | |
| 79. -American Bond Fund of America-CLA (ABNDX) | C | Dividend | M | T | Buy | 06/22/20 | M | | |
| 80. -PIMCO ALL Asset Inst. CL (PAAIX) | A | Dividend | | | Sold | 03/17/20 | L | | |
| 81. | | | | | | | | | |
| 82. -Invesco Oppenheimer Dev. Mkts CL Y-Name change-see Sec VIII (ODVYX) | | | | | Sold | 03/17/20 | M | | |
| 83. -FPA New Income (FPNIX) | C | Dividend | M | T | | | | | |
| 84. -FPA FDS TR FPA Crescent Portfolio (FPACX) | | | | | Sold | 03/17/20 | M | | |
| 85. -Fidelity Advisor Total Bnd CL2 (FBKWX) | D | Dividend | M | T | Buy (add'l) | 06/22/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Vanguard Index Fnds Vanguard Total Stk Mkt ETF (VTI) | B | Dividend | M | T | | | | | |
| 87. -Primecap Odyssey Stock Fund (POSKX) | | | | | Sold | 06/22/20 | N | F | |
| 88. -Vanguard Group Div. App ETF (VIG) | A | Dividend | | | Sold | 06/23/20 | L | A | |
| 89. -Fidelity US Bond Index Fund (FXNAX) | D | Dividend | N | T | Buy | 06/22/20 | N | | |
| 90. | | | | | | | | | |
| 91. TRUST V(a) (H) | | | | | | | | | |
| 92. -Commonwealth Fin. Network-Bank Deposit Sweep Program | A | Interest | M | T | | | | | |
| 93. -Fidelity Money Market Premium CL | A | Dividend | | | Closed | 08/03/20 | L | | |
| 94. -Edgewood Growth Fnd Inst. CL (EGFIX) | D | Dividend | M | T | | | | | |
| 95. -Dodge & Cox Global Stock Fund (DODWX) | A | Dividend | L | T | | | | | |
| 96. -Vanguard Index FDS Vanguard Small Caps Vipers (VB) | B | Dividend | M | T | | | | | |
| 97. -Sh. Com. Exxon Mobil | C | Dividend | K | T | | | | | |
| 98. -Sh. Com. General Electric | A | Dividend | J | T | | | | | |
| 99. -IVA Worldwide Fund CL1 (IVWIX) | | None | | | Sold | 04/03/20 | L | | |
| 100. -Fidelity Adv. Interm. Mun. Inc. 2 (FIQZX) | C | Dividend | M | T | | | | | |
| 101. -Fuller & Thayer Behv Small Cap (FTHSX) | A | Dividend | L | T | | | | | |
| 102. -FPA Crescent (FPACX) | | None | | | Sold | 04/03/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Vanguard Mun BD FD Inter Term Tax Ex. FD (Admiral) (VWIUX) | C | Dividend | M | T | | | | | |
| 104. -T. Rowe Price Inst. Large Cap (TPLGX) | B | Dividend | M | T | | | | | |
| 105. -Fidelity Short Term Treasury Bnd. Index (FUMBX) | A | Dividend | L | T | Buy | 04/03/20 | L | | |
| 106. -T Rowe Price Blue Chip Growth (TRBCX) | | None | | | Buy | 04/03/20 | K | | See Part VIII |
| 107. -(Conversion to line 108) | | | | | | 06/25/20 | L | | See Part VIII |
| 108. -T Rowe Price Blue Chip Growth Cl 1 (TBCIX) | A | Dividend | L | T | | 06/25/20 | L | | See Part VIII |
| 109. -American Mutual Fund CL F2 (AMRFX) (Transferred to Trust VI(a).) | | None | | | Buy | 04/06/20 | L | | |
| 110. | | | | | | 06/11/20 | L | | See Part VIII |
| 111. | | | | | | | | | |
| 112. TRUST VI (a) (H) | | | | | | | | | |
| 113. -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | |
| 114. -American Balanced Fund (CLA (ABALX) | D | Dividend | M | T | | | | | |
| 115. -American Funds - American Mutual Fund CLA (AMRMX) | D | Dividend | N | T | | | | | |
| 116. -American Funds: International Growth and Income Fund (IGAAX) | C | Dividend | N | T | | | | | |
| 117. -American Funds: Fundamental Investors CLA (ANCFX) | D | Dividend | N | T | | | | | |
| 118. -American Funds: New World CLA (NEWFX) | A | Dividend | M | T | Sold (part) | 06/12/20 | M | E | |
| 119. -American Amcap CLA (AMCPX) | B | Dividend | | | Sold | 06/23/20 | L | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -American Mutual Fund CL 2 (AMRFX) (Transferred from Trust V(a)) | B | Dividend | L | T | | 06/11/20 | L | | See Part VIII |
| 121. -American Short Term Bnd CL A (ASBAX | A | Dividend | L | T | Buy | 06/23/20 | L | | |
| 122. -American Bond Fnd of America CL A (ABNDX) | D | Dividend | M | T | Buy | 06/12/20 | M | | |
| 123. | | | | | | | | | |
| 124. TRUST VII (H) | | | | | | | | | |
| 125. -Commonwealth Fin. Network-Bank Deposit Sweep Program | A | Interest | J | T | | | | | |
| 126. -American Funds: International Growth and Income Fund CLA (IGAAX) | B | Dividend | L | T | | | | | |
| 127. -American Funds: New World Fund CLA Funds (NEWFX) | A | Dividend | K | T | Sold (part) | 06/12/20 | K | D | |
| 128. -American Mutual Fund CL F2 (Transferred from Trust VIII) (AMRFX) | B | Dividend | L | T | | 06/11/20 | L | | See Part VIII |
| 129. -American Bond Fund of America CL A (ABNDX) | B | Dividend | K | T | Buy | 06/12/20 | K | | |
| 130. | | | | | | | | | |
| 131. TRUST VIII (H) | | | | | | | | | |
| 132. -Fidelity Money Market Premium CL | A | Dividend | | | Closed | 08/03/20 | M | | |
| 133. -Commonwealth Fin. Network-Bank Deposit Sweep Program | A | Interest | M | T | | | | | |
| 134. -Dodge & Cox Stk. FD (DODGX) | D | Dividend | L | T | | | | | |
| 135. -IVA Worldwide FD CL1 (IVWIX) | | None | | | Sold | 03/17/20 | L | | |
| 136. -Pimco All Asset FD (PAAIX) | A | Dividend | | | Sold | 03/17/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -FPA Crescent (FPACX) | | None | | | Sold | 04/03/20 | L | | |
| 138.  -Vanguard Mun BD Fd Inter Term Tax Exempt FD Admiral Shs. (VWIUX) | B | Dividend | L | T | | | | | |
| 139.  -Vanguard Mun BD FD Limited Term Tax Exempt FD Admiral Shs. (VMLUX) | A | Dividend | K | T | | | | | |
| 140.  -Vanguard Dividend Growth Investor CL (VDIGX) | A | Dividend | K | T | | | | | |
| 141.  -Edgewood Growth Fnd. Inst. CL (EGFIX) | B | Dividend | K | T | Sold (part) | 06/23/20 | K | D | |
| 142.  -Fidelity Short Term Treasury Bond (FUMBX) | A | Dividend | K | T | Buy | 04/03/20 | K | | |
| 143.  -American Mutual Fund CLF2 (AMRFX) (Transferred to Trust VII.) | | None | | | Buy | 04/06/20 | L | | |
| 144. | | | | | | 06/11/20 | L | | See Part VIII |
| 145.  -Vanguard Index Fnds Vanguard Small Cap Vipers (VB) | A | Dividend | L | T | Buy | 06/24/20 | K | | |
| 146. | | | | | | | | | |
| 147.  Miscellaneous (H) | | | | | | | | | |
| 148.  -Ledyard Bank Accounts | A | Interest | N | T | | | | | |
| 149.  -Nassau Life Ins. Co.-Whole Life Insurance | A | Dividend | K | T | | | | | |
| 150.  -Williams College Charitable Gift Annuity | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V Gifts

Page 3, line 1 - Estimated value.


Part VII Investments and Trusts

Lines 106, 107 and 108.  This asset was transferred within the same fund to a different class of shares.  This was a "conversion" and not a sale.

Lines 110 and 120.  This asset was transferred from Trust V(a) to Trust VI (a) on June 11, 2020.  No sale was involved.

Lines 128 and 143.  This asset was transferred from Trust VIII to Trust VII on June 11, 2020.  No sale was involved.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. DiClerico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544